EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis A. Rivera Vázquez | 2006 TSPR 53 <br><br> 167 DPR _____ |

Número del Caso: TS-5916

Fecha: 7 de abril de 2006

Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora

Abogado de la Parte Peticionaria:

Lcdo. Ángel E. Vega Ramos

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis A. Rivera Vázquez                    TS-5916


RESOLUCIÓN

San Juan, Puerto Rico, a 7 de abril de 2006.

Examinada la *Moción Sobre Reinstalación a la Notaría* presentada por el Lic. Luis A. Rivera Vázquez el 21 de marzo de 2006, se ordena la reinstalación del referido abogado al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo